# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL ACTION NO. 14-74-DCR**                          *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**          **GOVERNMENT'S PROPOSED EXHIBIT LIST**

**ALVIN JASON GIVENS**                                                       **DEFENDANT**

\* \* \* \* \*

The United States submits the following proposed exhibit list.

1. Compact disc with several recorded conversations between Alvin Jason Givens and a co-defendant.

2. Copies of photographs taken during surveillance conducted of Givens.

3. Heroin recovered from a co-defendant's possession on June 12, 2014.

4. Various items recovered from the search of a co-defendant's vehicle on June 12, 2014.

5. Mail matter and various documents recovered during a search of a co-defendant's residence on June 12, 2014.

         Respectfully submitted,

         KERRY B. HARVEY
         UNITED STATES ATTORNEY

By: s/Robert M. Duncan, Jr.
   Assistant United States Attorney
   260 W. Vine Street, Suite 300
   Lexington, Kentucky 40507-1612
   (859) 685-4847
   rob.duncan@usdoj.gov

CERTIFICATE OF SERVICE

  This certifies that the proposed exhibit list was filed using the CM/ECF system on February 17, 2015, which will send notice of filing to:

    William Daniel Carman, Esq.
    *Counsel for Alvin Jason Givens*

        s/ Robert M. Duncan, Jr.
        Robert M. Duncan, Jr.
        Assistant United States Attorney